# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>　　　　　　CHAVELLA ANN JONES,<br>Address:　3937 Merry Oaks Avenue<br>　　　　　　Richmond, VA 23224<br><br>　　　Debtor(s).<br><br>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST<br>　　　Plaintiff,<br><br>v.<br><br>CHAVELLA ANN JONES,<br>Debtor(s)<br>CARL M. BATES<br><br>　　　Defendants. | CASE NO: 15-30622-KLP<br><br>CHAPTER 13 |

## **MOTION FOR CONTINUANCE**

Movant, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST previously filed a Motion for Relief from the Automatic Stay and, after serving said motion on all required parties, scheduled a hearing on same in this Court on July 29, 2015 at 9:30 AM.

The Movant hereby requests that this matter be continued to the August 26, 2015 docket at 9:30 AM so that the Debtor's Counsel can return and review the proposed Consent Order with the Debtor.

All parties have been served with notice of this Motion for Continuance and no party objects to the granting of same.

As such, Movant hereby requests that this matter be continued to the August 26, 2015 docket at 9:30 AM.

U.S. BANK TRUST, N.A., AS TRUSTEE FOR
LSF8 MASTER PARTICIPATION TRUST,

By: ____/s/ T. Jackson Stewart
Of Counsel

## CERTIFICATE OF SERVICE

The foregoing Motion was endorsed by and/or served upon all necessary parties pursuant to Local Rules by electronic notification and/or U.S. First Class Mail, postage pre-paid.

Nnika E. White
9101 Midlothian Turnpike
Suite 800
Richmond, VA 23235
*Counsel for Debtor*

Chavella Ann Jones
3937 Merry Oaks Avenue
Richmond, VA 23224
*Debtor*

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Trustee*

/s/ T. Jackson Stewart
T. Jackson Stewart, VSB# 48412
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
757-213-2959
vaecf@brockandscott.com
*Counsel for the Movant*
