**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Address:　CHAVELLA ANN JONES,<br>　　　　　3937 Merry Oaks Avenue<br>　　　　　Richmond, VA 23224<br><br>　　Debtor(s).<br><br>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST<br>　　Plaintiff,<br><br>v.<br><br>CHAVELLA ANN JONES,<br>Debtor(s)<br>CARL M. BATES<br><br>　　Defendants. | CASE NO: 15-30622-KLP<br><br>CHAPTER 13 |

## CONSENT ORDER RESOLVING MOTION FOR RELIEF

This was to be heard by this Court on October 21, 2015 on the Motion of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, for relief from the automatic stay with respect to real property located at 3937 Merry Oak Ave, Richmond, VA 23224, and is more particularly described as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND TOGETHER WITH ALL IMPROVEMENTS THEREON AND THERETO BELONGING, LYING AND BEING IN THE CITY OF RICHMOND, (FORMERLY MANCHESTER MAGISTERIAL DISTRICT, CHESTERFIELD COUNTY), STATE OF VIRGINIA, KNOWN AND DESIGATED AS LOT NO. 10 IN BLOCK 1, SECTION 8, PLAN OF WOODSTOCK,

M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
757-213-2959
vaecf@brockandscott.com
*Counsel for the Movant*

WHICH SAID PLAN OR PLAT THEREOF IS OF RECORD IN THE CLERKS OFFICE OF THE CIRCUIT COURT OF CHESTERFIELD COUNTY, VIRGINIA, IN PLAT BOOK 4, PAGES 58 AND 59, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS;

COMMENCING AT A POINT ON THE EAST LINE OF MERRY OAKS AVENUE 116 FEET NORTH OF THE NORTH LINE OF WOODSTOCK AVENUE; THENCE RUNNING NORTHWARDLY ALONG THE EAST LINE OF MERRY OAKS AVENUE AND FRONTING THEREON 52.34 FEET; THENCE EASTWARDLY 150 FEET TO AN ALLEY; THENCE SOUTHWARDLY ALONG THE WEST LINE OF SAID ALLEY 84.01 FEET; THENCE NORTHWESTWARDLY IN A LINE PARALLEL TO LINE OF WOODSTOCK AVENUE 13.08 FEET TO A POINT; THENCE WESTWARDLY 84.16 FEET TO POINT OF BEGINNING.

ORDERED that the Debtor(s) herein shall be allowed a period of ninety (90) days from that date of entry of this Order to obtain a loan modification agreement through the Movant's loss mitigation department relative to the hereinabove described real property and improvements; that should such agreement be obtained the Debtor(s) will have thirty (30) days to file a motion to allow a loan modification with the Court.

ORDERED that in the event that the loan modification agreement could not be obtained relative to the hereinabove described real property and improvements on or before ninety (90) days from the date of entry of this Order, as hereinabove ordered, and/or the loan modification agreement is obtained on or before the ninety (90) days from the date from the entry of this Order but fails to file the motion to allow a loan modification agreement with the Court, which ever

failure shall first occur, the Movant, its successors and/or assigns, shall be granted immediate relief from the provisions of the automatic stays of the Bankruptcy Code without further notice, hearing, and an Order granting relief may be entered with regard to the hereinabove described real property and improvements.

ORDERED that in the event the case is dismissed or discharged this Order is no longer in effect and the Movant will have automatic relief from the Automatic Stay.

ORDERED that the stay of said grant of relief from stay provided pursuant to Rule 4001(a)(3) of the Bankruptcy Rules be, and hereby is, waived and such relief from stay shall become effective immediately upon entry of the Order.

Oct 22 2015

ENTERED this ____ day of ____ 2015

/s/ Keith L. Phillips
JUDGE

Entered on Docket: Oct 23 2015

**I ASK FOR THIS:**

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
757-213-2959
vaecf@brockandscott.com
*Counsel for the Movant*

**SEEN:**

/s/Nnika E. White authorized via email
Nnika E. White
9101 Midlothian Turnpike
Suite 800

Richmond, VA 23235
*Counsel for Debtor*

<u>/s/Carl M. Bates authorized via email</u>
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Trustee*

## CERTIFICATE

I hereby certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824

The Clerk shall mail a copy of the entered Order to the following:

Nnika E. White
9101 Midlothian Turnpike
Suite 800
Richmond, VA 23235
*Counsel for Debtor*

Chavella Ann Jones
3937 Merry Oaks Avenue
Richmond, VA 23224
*Debtor*

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Trustee*

M. Christine Maggard
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
*Counsel for the Movant*

## CERTIFICATE

The undersigned certified that the foregoing Order Resolving Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made:

/s/M. Christine Maggard
Attorney for Movant