

| | **BANKRUPTCY DIVISION** | |
|---|---|---|
| THOMAS E. BROCK | 5121 Parkway Plaza Blvd | CHARLOTTE, NC |
| GREGORY A. SCOTT | SUITE 300 | RALEIGH, NC |
| JAMES P. BONNER | Charlotte, NC 28217 | WILMINGTON, NC |
| MARK A. PEARSON | PHONE 704-369-0676 | WINSTON-SALEM, NC |
| BRIAN L. CAMPBELL | FAX 704-369-0760 | COLUMBIA, SC |
| SEAN M. CORCORAN | www.brockandscott.com | FRANKLIN, TN |
| CLAYTON GLADD | | MEMPHIS, TN |
| KYLE KOTAKE | | ATLANTA, GA |
| JANUARY TAYLOR | | SAVANAH, GA |
| KEITH YACKO | | ASHBURN, VA |
| GRAHAM KIDNER | | VIRGINIA BEACH, VA |
| | | COLUMBIA, MD |

March 17, 2016

Chavella Ann Jones
3937 Merry Oaks Avenue
Richmond, VA 23224

      **Re:  U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust**
      **Case No. 15-30622-KLP**
      **Chapter 13**

Greetings:

This letter serves as notice that pursuant to the Consent Order entered on October 23, 2015, docket entry # 42, the Relief from Stay was effective as of January 23, 2016 as it pertains to the real property located at 3937 Merry Oak Ave., Richmond, VA 23224. The Automatic Stay imposed by 11 U.S.C. §362 was modified to permit the movant to enforce the lien of its deed of trust as of February 23, 2016 since the terms of the consent order were not followed and the Debtor failed to obtain a loan modification within the specified time frame.

          Very sincerely yours,
          BROCK & SCOTT, PLLC


          /s/ M. Christine Maggard
          M. Christine Maggard
          Attorney at Law


c: Christopher Mark Winslow
  Carl M. Bates, Trustee
  U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, Creditor